SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>    Plaintiff,<br><br>    vs.<br><br>140 Lathrop Road, LLC,<br><br>    Defendant | Case No. **2:10-cv-02743-WBS-EFB**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

   IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:   August 29, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-10-cv-02743-WBS-EFB- 1